201904909
reg

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 19-13919 |
| DE'BORAH ANN TRAYLOR<br>IRA TRAYLOR | Chapter 13 |
| | Judge Arthur Harris |
| Debtor(s). | |
| | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF BANK OF AMERICA, N.A. (PROPERTY LOCATED AT 760 EAST 260TH STREET, EUCLID, OH 44132)** |

PLEASE TAKE NOTICE that the undersigned appears for Bank of America, N.A., Creditor, and, pursuant to Fed. R. Bankr. P. 2002, 9007, and 9010, demands that all Notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notice and papers referred to in the Fed. R. Bankr. P. specified above, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way, the rights and obligations of the above referenced creditor, or, interests with respect to the above captioned debtors, or, which require or

1

seek to require, any act, delivery of any property, payment or other conduct by said creditor.

/s/ Edward J. Boll III
Edward J. Boll III
Bar Registration #0072982
(513) 241-3100 x-3202

Attorney(s) for Bank of America, N.A.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
nohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Appearance and Demand for Service of Papers was electronically transmitted on July 9, 2019 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

Arleesha Wilson, Esq., Attorney for Debtor
4208 Prospect Avenue
Cleveland, OH 44103
justice@attorneyawilson.com

Lauren Helbling, Trustee
BP Tower
200 Public Square
Suite 3860
Cleveland, OH 44114-2321
lhelbling@ch13cleve.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

/s/ Edward J. Boll III
Edward J. Boll III
Bar Registration #0072982
(513) 241-3100 x-3202
Attorney(s) for Bank of America, N.A.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
nohbk@lsrlaw.com