```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                      Case No. 19-13919-aih
De'Borah Ann Traylor                                        Chapter 13
Ira Traylor
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0647-1          User: athre              Page 1 of 1        Date Rcvd: Jul 24, 2019
                              Form ID: pdf701          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
```
db/db          +De'Borah Ann Traylor,    Ira Traylor,    760 E. 260th Street,    Cleveland, OH 44132-2302
26111916       +Credit Acceptance Corp,    25505 W. Twelve Mile Road,    #3000,    Southfield, MI 48034-8331
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26125308       +E-mail/Text: bankruptcy@huntington.com Jul 24 2019 23:09:38      The Huntington National Bank,
                 3 Cascade Plaza CAS056,    Akron, OH 44308-1124
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:
```
              Arleesha  Wilson    on behalf of Debtor De'Borah Ann Traylor justice@attorneyawilson.com
              Arleesha  Wilson    on behalf of Debtor Ira  Traylor justice@attorneyawilson.com
              Edward J. Boll, III   on behalf of Creditor    BANK OF AMERICA, N.A. nohbk@lsrlaw.com
              Lauren A. Helbling   ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF OHIO

IN RE : Case No. 19-13919-AIH
:
DEBORAH ANN TRAYLOR AND :
IRA TRAYLOR, Debtors :
:
:
: **DEBTOR'S NOTICE OF CONVERSION**
: **OF BANKRUPTCY CASE FROM**
: **CHAPTER 13 TO CHAPTER 7**

PLEASE TAKE NOTICE THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 ON THE FOLLOWING GROUNDS:

1. A voluntary petition under chapter 13 was filed on 06/24/19;
2. An additional filing fee is being paid concurrently with the filing of this notice.
3. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Respectfully submitted,

/s/Arleesha Wilson
Arleesha Wilson, Attorney for Debtors
Law Office of Arleesha Wilson
4208 Prospect Avenue
Cleveland, Ohio 44103
(216) 688-7112
justice@attorneyawilson.com

**CERTIFICATE OF SERVICE**

THE COURT CONSTRUES THIS AS A NOTICE OF CONVERSION THAT WAS INCORRECTLY DOCKETED AS A MOTION TO CONVERT. UNDER BANKRUPTCY RULE 1017(f)(3) THE CASE SHALL BE CONVERTED FROM CHAPTER 13 TO CHAPTER 7 WITHOUT COURT ORDER. THE CLERK IS THEREFORE DIRECTED TO CONVERT THIS CASE WITHOUT FURTHER ORDER.

FILED
2019 JUL 23 PM 2:00
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND