# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHER DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE | : | Case No. 19-13919-AIH |
| | : | |
| **DEBORAH ANN TRAYLOR AND** | : | |
| **IRA TRAYLOR, Debtors** | : | |
| | : | |
| | : | |
| | : | **DEBTOR'S MOTION FOR LEAVE** |
| | : | |
| | : | |

PLEASE TAKE NOTICE THAT DEBTOR FILES A MOTION FOR LEAVE TO FILE. DEBTOR RESPECTFULLY REQUESTS THIS COURT TO GRANT SUCH MOTION AND PROCEED WITH THIS MATTER AS IF TIMELY FILED.

Respectfully submitted,

/s/Arleesha Wilson
Arleesha Wilson, Attorney for Debtors
Law Office of Arleesha Wilson
4208 Prospect Avenue
Cleveland, Ohio 44103
(216) 688-7112
justice@attorneyawilson.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document entitled: DEBTOR'S MOTION FOR LEAVE will be served or was served by the court via electronic filing on this 12th day of August, 2019.

Respectfully submitted,

/s/Arleesha Wilson
Arleesha Wilson, Attorney for Debtors